# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| **REVV-ELATION AUTO SALES, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civil Action No.** |
| **v.** | ) | **9:23-cv-80086-AHS** |
| | ) | |
| **ATLANTIC ACCEPTANCE CORP. and** | ) | |
| **RYAN LITTLE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR DEFAULT JUDGMENT AGAINST RYAN LITTLE

On January 19, 2023, Plaintiff Revv-Elation Auto Sales, LLC (hereafter "Revv-Elation") filed this action against Defendants Atlantic Acceptance Corp. (hereafter, "AAC") and Ryan Little (together, "Defendants") [Doc. 1]. The complaint, civil cover sheet and summons were served on both Defendants on January 19, 2023 [Docs. 3 & 7], and the return of service was filed the following day, on January 20, 2023 [Doc. 7].

As such, each Defendant was due to file an answer in this matter no later than February 9, 2023. As of the date of filing this motion, one-hundred thirty-one (131) days have elapsed since Mr. Little was served. Mr. Little has never filed an answer and/or responsive pleading in this action.

Mr. Little is in default. Default judgment is proper against Mr. Little.

The complaint states that damages in this matter were at least $539,600.00 for fraud and breach of fiduciary duty.  Wherefore, default judgment in the amount of $539,600.00 in favor of Revv-Elation and against Mr. Little is proper.

## **CONCLUSION**

Revv-Elation respectfully requests that this Court grant its motion to enter a default judgment against Mr. Little in the amount of $539,600.00

Respectfully submitted, this 20th day of June, 2023.

FGP LAW, LLC

/s/ Frank G. Podesta
Frank G. Podesta
Florida Bar No. 0090488

555 Sun Valley Drive
Suite N-3
Roswell, Georgia 30076
(678) 677-5143 (t)
(678) 222-0123 (f)
fpodesta@fgplaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served upon all counsel of record via the CM/ECF system.

This 20th day of June, 2023.

FGP LAW, LLC

/s/ Frank G. Podesta
Frank G. Podesta
Florida Bar No. 0090488